## McCAULY v. STATE.
### No. 19772.

Court of Criminal Appeals of Texas.
May 25, 1938.

H. Greenberg, of Galveston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for robbery with firearms; penalty assessed at confinement in the penitentiary for thirty years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.